BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8926
     Facsimile:  (415) 744-0134
     E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DONNA SPROWL,<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 1:11-CV-00480-AWI-SMS<br><br>STIPULATION AND ORDER<br>FOR 14-DAY EXTENSION OF TIME<br>FOR DEFENDANT TO LODGE<br>CERTIFIED ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall be granted a FIRST extension of 14 days to lodge the certified administrative record.  The certified administrative record is currently due August 5, 2011; the parties stipulate to extend this time up to and including August 19, 2011.

    The U.S. Attorney's Office will lodge the certified administrative record in electronic format, and serve a copy to Plaintiff.  However, the U.S. Attorney's Office's copy contains an error, and therefore the U.S. Attorney's Office requires additional time to obtain a correct copy for lodging and service.  Defendant therefore respectfully requests an additional 14 days to lodge and serve the record.

Stip. and Prop. Order to Extend         1

Defendant apologizes to the Court and Plaintiff for any inconvenience that this extension may cause.

                Respectfully submitted,

Dated: August 5, 2011       */s/ Sengthiene Bosavanh*
                (As authorized via email)
                SENGTHIENE BOSAVANH
                Attorney for Plaintiff

                BENJAMIN B. WAGNER
                United States Attorney

Date: August 5, 2011       By *s/ Daniel P. Talbert*
                DANIEL P. TALBERT
                Special Assistant U. S. Attorney

                   ORDER

IT IS SO ORDERED.

Dated: August 8, 2011       /s/ Sandra M. Snyder
                UNITED STATES MAGISTRATE JUDGE